# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                      NO.  4:00CR00118-001 SWW

GERALD ALLEN STONEWALTER

### ORDER

The above entitled cause came on for a hearing on petition to revoke the supervised released granted this defendant in the United States District Court for the Eastern District of Arkansas.  Upon the basis of the preponderance of the evidence, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it hereby is, revoked.

IT IS FURTHER ORDERED that defendant is committed to the Bureau of Prisons to serve a term of imprisonment of ONE (1) YEAR.  The Court recommends that defendant participate in a substance abuse treatment program and mental health treatment during incarceration.

The Bureau of Prisons should pay particular attention to defendant's mental health problems. Defendant's doctors recently have been adjusting his medications, and he should be evaluated to determine what medications defendant should be on.  A copy of defendant's medical records will be provided to the Bureau of Prisons by the United States Probation Office.

There will be no supervised release following defendant's term of imprisonment.

Defendant is remanded to the custody of the U. S. Marshal to immediately begin service of the sentence imposed.

IT IS SO ORDERED this 16th day of March, 2006.

                                             /s/Susan Webber Wright

                                             UNITED STATES DISTRICT JUDGE